**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:09-CR-24 |
| | ) | |
| KONI E. BURGESS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (D.E. # 10), filed on March 5, 2009. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Koni E. Burgess's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Information, in violation of Title 21 U.S.C. § 846.

**DATED: March 24, 2009**            /s/RUDY LOZANO, Judge
                                     **United States District Court**